# United States Court of Appeals for the Federal Circuit

---

July 12, 2011

**ERRATA**

---

2009-1503, -1567

AMERICAN CALCAR, INC.
Plaintiff-Appellant,

v.

AMERICAN HONDA MOTOR CO., INC.
and HONDA OF AMERICA MANUFACTURING, INC.,
Defendants-Cross Appellants.

---

Decided:  June 27, 2011

---

Please make the following change:

Page 1, change "Gary M. Butler," to "Gary M. Butter".